UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


George Hodgdon, et al.

    v.                     Case No. 12-cv-351-SM

Town of Weare, et al.


ORDER

Re: Document No. 8, Joint Proposed Discovery Plan

Ruling: The proposed plan is approved and adopted. At the pretrial status conference counsel appeared to agree to narrow the claims. Plaintiffs' counsel will confer with defense counsel and they expect to file stipulations of dismissal with consent with respect to a number of counts. The Magistrate Judge will consider all discovery disputes and is amenable, subject to the usual conditions, to entertain motions by telephone conference.


Date: December 10, 2012

Steven J. McAuliffe
Chief Judge

cc:   Stephen Martin, Esq.
      Charles Bauer, Esq.
      Corey Belobrow, Esq.